Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| Kent Displays Inc. |
| --- |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

Court No.  20-03803

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | Seattle, WA (Port Code 3001) | Date Protest Filed: | December 23, 2019 |
| --- | --- | --- | --- |
| Protest Number: | 300119100771 | Date Protest Denied: | May 7, 2020 |
| Importer: | Kent Displays Inc. | | |
| Category of Merchandise: | eWriter LCD Devices | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| E37-0086270-8 | August 28, 2018 | July 19, 2019 | | | |
| E37-0087392-9 | October 17, 2018 | October 11, 2019 | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Customs and Border Protection
17810 Pacific Highway S
Seattle, WA 98158

Address of Customs Port in
Which Protest was Denied

Herbert J. Lynch, Esq.
Sullivan & Lynch, P.C.
800 Turnpike Street, Suite 300
North Andover, MA 01845
Tel: (617)591-8787
E-mail: Lynch @S-L.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| eWriter device | 9013.80.7000<br>9903.88.01 | Free<br>25% ad val. | 9013.80.7000<br>9903.88.19 | Free<br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Tariff Classification and Section 301 Product Exclusion

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Herbert J. Lynch _Herbert J Lynch_
Signature of Plaintiff's Attorney

October 28, 2020
Date